

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00456-CV

CHINARA BUTLER
v.
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE
REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL INC., TRUST 2007-
HE7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE7

On Appeal from the
County Court at Law No 1 of Jefferson County, Texas
Trial Court Cause No. 137799

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 19, 2023